# PROCEEDING MEMO

**Date:** 11/29/2017 10:00 am

**In re:** Cynthia J Fisher

**Bankruptcy No.** 17-22749-CMB
**Chapter:** 13
**Doc. #** 26

**Appearances:**

**Movant(s):** James Warmbrodt for Toyota Lease Trust

**Respondent(s):** Shawn N. Wright; (Winnecour) Bedford / Pail / Katz for Debtor

**Creditor(s):**

**Nature of Proceeding:** Motion for Relief from Stay by Toyota Lease Trust

**Additional Pleadings:** #27 Certificate of Service; #29 Response by the Debtor

**Judge's Notes:** Per Toyota's counsel, asked for continuance to see if payments catch up. If resolved, file consent order and send to trustee for review.

**Outcome:**

\_\_\_\_Motion is GRANTED\_\_\_\_Order Entered        Cont'd to Feb. 14, 2018 at 11:00 a.m.

\_\_\_\_Motion is DENIED\_\_\_\_Order entered

\_\_\_\_Motion WITHDRAWN

\_\_\_\_Motion is DISMISSED\_\_\_\_Order entered

\_\_\_\_Reschedule for Proper Service

\_\_\_\_Case DISMISSED\_\_\_\_Order entered

\_\_\_\_Parties to submit Order/Settlement/Stipulation by\_\_\_\_days

\_\_\_\_CONTINUED MATTER: \_\_\_\_for at least\_\_\_\_days (Court to Issue Order)

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTCE

\_\_\_\_Discovery time needed\_\_\_\_days

\_\_\_\_Briefs to be filed:    Movant(s) brief due\_\_\_\_days
Respondent(s) brief due\_\_\_\_days
Trustee's brief due\_\_\_\_days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/30/17 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-22749-CMB
Cynthia J Fisher                                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe            Page 1 of 1            Date Rcvd: Nov 30, 2017
                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
db        +Cynthia J Fisher,   151 Firwood Drive,   Bridgeville, PA 15017-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      Jerome B. Blank   on behalf of Creditor   PHH Mortgage Corporation et. al. pawb@fedphe.com
      Mario J. Hanyon   on behalf of Creditor   PHH MORTGAGE CORPORATION pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Shawn N. Wright   on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                                       TOTAL: 6