# PROCEEDING MEMO

**Date:** 2/14/2018 10:00 am

**In re:** Cynthia J Fisher

**Bankruptcy No.** 17-22749-CMB
**Chapter:** 13
**Doc. #** 26

**Appearances:**

**Movant(s):**    James Warmbrodt  for Toyota Lease Trust

**Respondent(s):**    ~~Shawn N. Wright,~~ Winnecour ~~/ Pail / Katz~~
Audrey Rasmussen for Debtor

**Creditor(s):**

**Nature of Proceeding:**    Continued Hearing on Motion for Relief from Stay by Toyota Lease Trust

**Additional Pleadings:**   #27 Certificate of Service; #29 Response by the Debtor
**NOTE:** Chapter 13 Plan confirmed 1/23/2018

**Judge's Notes:**  Per Mr. Warmbrodt, Toyota has not received a payment.  Per the trustee, $326.57 will be disbursed to Toyota this month.  Cont'd for 60 days to see if payments catch up.
**Outcome:**  Cont'd to May 4, 2018 at 11:00 a.m.

___Motion is GRANTED___Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
2/15/18 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                     Case No. 17-22749-CMB
Cynthia J Fisher                                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe                  Page 1 of 1                  Date Rcvd: Feb 15, 2018
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db             +Cynthia J Fisher,    151 Firwood Drive,    Bridgeville, PA 15017-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation et. al. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 6