UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 17–22749-cmb |
| Cynthia J. Fisher, | : | |
| Debtor | : | Chapter 13 |
| Toyota Lease Trust, | : | |
| Movant | : | Related to Document No. 26, 29 |
| Vs. | : | |
| Cynthia J. Fisher and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent : | | |

### ORDER OF COURT

AND NOW, this __4th__ day of __May, 2018__ xxxxxxx, upon the Motion

and Response thereto, it is hereby ORDERED AND ADJUDGED that the

Motion for Relief from Stay is denied.


United States Bankruptcy Judge


FILED
5/4/18 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-22749-CMB
Cynthia J Fisher                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: May 04, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db              +Cynthia J Fisher,    151 Firwood Drive,   Bridgeville, PA 15017-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation et. al. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
                                                                                   TOTAL: 6