# PROCEEDING MEMO

**Date:** 11/07/2018 10:00 am

**In re:** Cynthia J Fisher

**Bankruptcy No.** 17-22749-CMB
**Chapter:** 13
**Doc. #** 40

**Appearances:**

**Movant(s):** ~~Winnecour / Rail / Katz~~ / DeSimone

**Respondent(s):** Jodi L. Hause

**Creditor(s):**

**Nature of Proceeding:** Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges

**Additional Pleadings:** #41 - Certificate of Service; #42 - Response of PHH Mortgage Corporation

**Judge's Notes:**

DeSimone: Objection to Notice of Post petition fees and expenses: $650 for filing proof of claim and claim reviewed. Insufficient information and residential mortgage under Act 6, which applies a maximum charge for these fees

Hause: fees are waived We will file additional information/loan history/affidavit

Motion granted

**Outcome:**

\_\_\_\_Motion is GRANTED\_\_\_\_Order Entered

\_\_\_\_Motion is DENIED\_\_\_\_Order entered

\_\_\_\_Motion WITHDRAWN

\_\_\_\_Motion is DISMISSED\_\_\_\_Order entered

\_\_\_\_Reschedule for Proper Service

\_\_\_\_Case DISMISSED\_\_\_\_Order entered

\_\_\_\_Parties to submit Order/Settlement/Stipulation by\_\_\_\_days

\_\_\_\_CONTINUED MATTER: \_\_\_\_for at least\_\_\_\_days (Court to Issue Order)

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTCE

\_\_\_\_Discovery time needed\_\_\_\_days

\_\_\_\_Briefs to be filed:    Movant(s) brief due\_\_\_\_days
Respondent(s) brief due\_\_\_\_days
Trustee's brief due\_\_\_\_days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/8/18 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA