UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia J. Fisher<br>　　　　　　　　Debtor(s)<br><br>Toyota Lease Trust<br>　　　　　　　　Movant<br>　　　v.<br>Cynthia J. Fisher<br>　　　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　Additional Respondent | BK. NO. 17-22749 CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 47<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 19th day of June, 2019, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

　　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: JTMBFREV4GJ070749, in a commercially reasonable manner. ~~The 4 day stay pursuant to Rule 4001(a)(3) is waived.~~

Carlota M. Böhm　glb
Chief United States Bankruptcy Judge

FILED
6/19/19 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Cynthia J. Fisher
151 Firwood Drive
Bridgeville, PA 15017

Shawn N. Wright Esq.
7240 McKnight Road
Pittsburgh, PA 15220
shawn@shawnwrightlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cynthia J Fisher  
     Debtor

Case No. 17-22749-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr    Page 1 of 1    Date Rcvd: Jun 19, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db           +Cynthia J Fisher,    151 Firwood Drive,    Bridgeville, PA 15017-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        Jerome B. Blank    on behalf of Creditor    PHH Mortgage Corporation et. al. pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    PHH MORTGAGE CORPORATION jodi.hause@phelanhallinan.com, pawb@fedphe.com  
        Jodi L. Hause    on behalf of Creditor    PHH Mortgage Corporation jodi.hause@phelanhallinan.com, pawb@fedphe.com  
        Mario J. Hanyon    on behalf of Creditor    PHH MORTGAGE CORPORATION pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Shawn N. Wright    on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
        Thomas Song    on behalf of Creditor    PHH Mortgage Corporation pawb@fedphe.com  
                                                                                                                                                                          TOTAL: 9