IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-22749-CMB |
| Cynthia J. Fisher | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Related to Claim No. 1-1 |

ORDER OF COURT

On May 5, 2021, Newrez LLC D/B/A Shellpoint Mortgage Servicing, filed a Notice of Mortgage Payment Change regarding Claim No. 1-1. On or before May 26, 2021, in compliance with W.PA.LBR 3002-4(b), the Debtor(s) were required to file an Amended Chapter 13 Plan, a Declaration certifying that the existing Chapter 13 Plan is sufficient to pay the new payment amount, or an Objection to the Notice. To date, the Debtor(s) have failed to comply with W.PA.LBR 3002-4(b).

AND NOW, this 10th day of June, 2021, it is hereby ORDERED, ADJUDGED and DECREED that a Rule to Show Cause Hearing is scheduled to be held via the Zoom Video Conference Application ("Zoom") on **July 14, 2021 at 2:30 p.m.,** before The Honorable Carlota M. Böhm to explain the failure to comply with W.PA.LBR 3002-4(b). To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. Only a limited time of ten (10) minutes is being provided on the calendar.

ALL HEARING PARTICIPANTS ARE REQUIRED TO APPEAR BY ZOOM AND SHALL REVIEW AND COMPLY WITH THE UNDERSIGNED'S ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding the connection, contact Judge Böhm's Chambers.

Carlota M. Böhm  glb
Chief United States Bankruptcy Judge

FILED
6/10/21 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm:   Shawn N. Wright, Esquire

Charles G. Wohlrab, Esquire
Roberston, Anschutz, Schneid
130 Clinton Rd #202
Fairfield, NJ  07004

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cynthia J Fisher  
    Debtor

Case No. 17-22749-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2  
Date Rcvd: Jun 10, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

**Recip ID**      **Recipient Name and Address**  
+    Charles G. Wohlrab, Esquire, Robertson, Anschutz, Schneid, 130 Clinton Rd #202, Fairfield, NJ 07004-2927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab  
     on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jerome B. Blank  
     on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com

Jerome B. Blank  
     on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Mario J. Hanyon  
     on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon  
     on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 11