**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CYNTHIA J FISHER | Case No.17-22749CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>CYNTHIA J FISHER | Chapter 13<br><br>Document No._____ |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___20th___ day of __April__, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that

Pgh Board Of Public Education
Attn: Payroll Manager
341 S Bellefield Ave
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of CYNTHIA J FISHER, social security number XXX-XX-5673. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CYNTHIA J FISHER

BY THE COURT:

cc: Debtor(s)

_Carlota M. Böhm_ ~~dmk~~

UNITED STATES BANKRUPTCY JUDGE

FILED
4/20/22 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22749-CMB
Cynthia J Fisher     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Apr 20, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cynthia J Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-2 | User: auto | Page 2 of 2
---|---|---
Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
    on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
    on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
    on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 11