Fill in this information to identify the case:

Debtor 1  Cynthia J Fisher

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 17-22749-CMB

# Form 4100R
# Response to Notice of Final Cure                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing           Court claim no. (if known): 1
Last 4 digits of any number you use to identify the debtor's account: 6354

Property address:   151 FIRWOOD DRIVE ,
                    Number       Street

                    BRIDGEVILLE, PA 15017
                    City                State       ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[X]  Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $_____

### Part 3: Postpetition Mortgage

Check one:

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:   6/1/2022
                                                                 MM/DD/YYYY

[ ]  Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                  (a) $_____
   b. Total fees, charges, expenses, escrow and costs outstanding:              + (b) $_____
   c. Total. Add lines a and b.                                                 (c) $_____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:
                                        MM/ DD/ YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

| Debtor 1 | Cynthia J Fisher | | | Case Number (if known) | 17-22749-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab
   Signature

Date 05/16/2022

Print    Charles G. Wohlrab, Esq.
         First Name    Middle Name    Last Name

Title  Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    130 Clinton Rd #202
           Number    Street

           Fairfield, NJ 7004
           City    State    ZIP Code

Contact    470-321-7112

Email cwohlrab@raslg.com

Form 4100R    **Response to Notice of Final Cure Payment**    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Cynthia J Fisher
151 Firwood Drive
Bridgeville, PA 15017

And via electronic mail to:

Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Jessica Norton
Email: jnorton@raslg.com