**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Cynthia J Fisher**
Debtor(s)

Bankruptcy Case No.: 17−22749−CMB

Chapter: 13
Docket No.: 73 − 72

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of May, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/23/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/11/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22749-CMB
Cynthia J Fisher     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 25, 2022     Form ID: 408v     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia J Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| cr | + | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14654102 | + | Randal Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| 14654103 | + | Riverset FCU, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:45 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14654098 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:41 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14654099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:47 | Citibank Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14654100 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:37 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14669400 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2022 23:57:00 | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14654101 | | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2022 23:57:00 | PHH Mortgage Corporation, Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14705190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15295282 | + | Email/Text: mtgbk@shellpointmtg.com | May 25 2022 23:57:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14654104 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14678205 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH MORTGAGE CORPORATION |
| cr | | PHH Mortgage Corporation |

| | | |
|---|---|---|
| cr | | PHH Mortgage Corporation et. al. |
| cr | | Toyota Lease Trust |
| cr | *+ | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 11