**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CYNTHIA J FISHER<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:17-22749<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/03/2017 and confirmed on 9/28/17. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,341.00 |
| Less Refunds to Debtor | 2,176.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,164.28 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 5,069.14 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,069.14 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 54,766.30 | 0.00 | 54,766.30 |
|     Acct: 6354 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 14,705.50 | 14,705.50 | 0.00 | 14,705.50 |
|     Acct: 6354 | | | | |
|   RIVERSET FEDERAL CREDIT UNION** | 13,600.00 | 13,600.00 | 1,209.66 | 14,809.66 |
|     Acct: | | | | |
| | | | | 84,281.46 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CYNTHIA J FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CYNTHIA J FISHER | 2,176.72 | 2,176.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 5,582.85 | 5,582.85 | 0.00 | 5,582.85 |
|     Acct: J621 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6354 | | | | |
| | | | | 5,582.85 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,530.83 | 4,530.83 | 0.00 | 4,530.83 |
|     Acct: 7619 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 700.00 | 700.00 | 0.00 | 700.00 |
|     Acct: 6407 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7619 | | | | |
|   RANDAL FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 5,230.83 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 95,095.14 |
| TOTAL CLAIMED | |
| PRIORITY | 5,582.85 |
| SECURED | 28,305.50 |
| UNSECURED | 5,230.83 |

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CYNTHIA J FISHER

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-22749

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cynthia J Fisher  
    Debtor

Case No. 17-22749-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: May 25, 2022      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia J Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| cr | + | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14654102 | + | Randal Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| 14654103 | + | Riverset FCU, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:45 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14654098 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:20 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14654099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:47 | Citibank Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14654100 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:47 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14669400 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2022 23:57:00 | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14654101 | | Email/Text: BKEBN-Notifications@ocwen.com | May 25 2022 23:57:00 | PHH Mortgage Corporation, Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14705190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15295282 | + | Email/Text: mtgbk@shellpointmtg.com | May 25 2022 23:57:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14654104 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14678205 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH MORTGAGE CORPORATION |
| cr | | PHH Mortgage Corporation |

| | | |
|---|---|---|
| cr | | PHH Mortgage Corporation et. al. |
| cr | | Toyota Lease Trust |
| cr | *+ | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 11