| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cynthia J Fisher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5673<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–22749–CMB | | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Cynthia J Fisher

7/13/22                                                                                 **By the court:** Carlota M. Bohm
                                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                             Case No. 17-22749-CMB

Cynthia J Fisher                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                              Page 1 of 3

Date Rcvd: Jul 13, 2022                  Form ID: 3180W                      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia J Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| cr | + | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14654102 | + | Randal Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| 14654103 | + | Riverset FCU, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 14 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14654098 | | EDI: CAPITALONE.COM | Jul 14 2022 03:38:00 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14654099 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14654100 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14669400 | + | EDI: LCIPHHMRGT | Jul 14 2022 03:38:00 | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14654101 | | EDI: LCIPHHMRGT | Jul 14 2022 03:38:00 | PHH Mortgage Corporation, Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14705190 | | EDI: PRA.COM | Jul 14 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15295282 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 23:41:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14654104 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2022 23:41:00 | Toyota Financial Services, P.O. Box 2958, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 16 |

| | | | | |
|---|---|---|---|---|
| 14678205 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Jul 13 2022 23:41:00 | | Torrance, CA 90509 Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH MORTGAGE CORPORATION |
| cr | | PHH Mortgage Corporation |
| cr | | PHH Mortgage Corporation et. al. |
| cr | | Toyota Lease Trust |
| cr | *+ | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022              Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 16

Thomas Song
                         on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
                         on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 11