IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CYNTHIA J FISHER

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.: 17-22749

Chapter 13

Document No.: 72

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __13th__ day of __July__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/13/22 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
Carlota M. Böhm    dmk
_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22749-CMB
Cynthia J Fisher     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jul 13, 2022     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia J Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| cr | + | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14654102 | + | Randal Fisher, 151 Firwood Drive, Bridgeville, PA 15017-1253 |
| 14654103 | + | Riverset FCU, 1700 Jane Street, Pittsburgh, PA 15203-1812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 23:47:10 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14654098 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:47:09 | Capital One, PO Box 85520, Richmond, VA 23285-5075 |
| 14654099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:34 | Citibank Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14654100 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:42 | Citibank Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14669400 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 13 2022 23:41:00 | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAILSTOP: SV01, MT. LAUREL NJ 08054-4624 |
| 14654101 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 13 2022 23:41:00 | PHH Mortgage Corporation, Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14705190 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 23:46:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15295282 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 13 2022 23:41:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14654104 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2022 23:41:00 | Toyota Financial Services, P.O. Box 2958, Torrance, CA 90509 |
| 14678205 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2022 23:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH MORTGAGE CORPORATION |
| cr | | PHH Mortgage Corporation |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 14

| | | |
|---|---|---|
| cr | | PHH Mortgage Corporation et. al. |
| cr | | Toyota Lease Trust |
| cr | *+ | PHH Mortgage Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
  on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
  on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jerome B. Blank
  on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Jerome B. Blank
  on behalf of Creditor PHH Mortgage Corporation et. al. pawb@fedphe.com

Mario J. Hanyon
  on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
  on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Shawn N. Wright
  on behalf of Debtor Cynthia J Fisher shawn@shawnwrightlaw.com
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Thomas Song
  on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

Thomas Song
  on behalf of Creditor PHH MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 11